UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 04-39-DLB-CJS

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

ROBERT WISDOM                                                                                  DEFENDANT

****************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 74), wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of eighteen (18) months imprisonment, with two (2) years supervised release to follow. During the Final Revocation Hearing conducted by Judge Smith on November 10, 2015, Defendant stipulated to violating the terms of his supervised release, as set forth in the July 1, 2015 Violation Report (Doc. # 64).

Defendant having executed a waiver of his right to allocution (Doc. # 73), and both parties having waived the time period for filing objections to the R&R, this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 74) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2)   Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)   Defendant's supervised release is hereby **REVOKED**;

(4)   Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **eighteen (18) months**, with **two (2) years supervised release** to follow on the same conditions imposed in the Amended Judgment of June 19, 2006; and

(5)   Defendant's sentence shall be served, if feasible, at the federal correctional facility nearest his home in Cincinnati, Ohio.

This 9th day of December, 2015.

Signed By:
**David L. Bunning**   *DB*
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2004\04-39 Order Adopting R&R.wpd